IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RICKY RYAN COX, #13228-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv419 |
| | § | CRIMINAL ACTION NO. 4:06cr84(1) |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ORDER ADOPTING THE
## UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that Movant

should be resentenced according to *Johnson v. United States*, — U.S. —, 135 S. Ct. 2551 (2015).

The Report and Recommendation, which contains proposed findings of fact and recommendations

for the disposition of such action, has been presented for consideration, and no objections having

been timely filed, the court concludes that the findings and conclusions of the Magistrate Judge are

correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in

Federal Custody (Dkt. #1) pursuant to 28 U.S.C. § 2255 is **GRANTED** to the extent that the

sentence imposed in Criminal Action Number 4:06cr84(1) is **VACATED**, and Movant shall be

resentenced. All motions by either party not previously ruled upon are **DENIED**.

**SIGNED this the 10th day of November, 2016.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE